UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN BOURKE and <br> DONEYN BOURKE <br><br> Plaintiffs, <br><br> v. <br><br> RETAINED REALTY, INC., STEPHEN P. HAYES, and HAYES & HAYES, ATTORNEYS AT LAW, PC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-11537-RWZ |

### MOTION TO DISMISS BY STEPHEN P. HAYES AND HAYES & HAYES, ATTORNEYS AT LAW, PC

The defendants, Stephen P. Hayes ("Hayes"), and Hayes & Hayes, Attorneys at Law, PC ("the Firm") move to dismiss the plaintiffs' Complaint pursuant to Fed. R. Civ. 12(b)(6) because it fails to state a claim upon which relief can be granted. In support hereof, the defendants incorporate herein by reference: (1) Memorandum in Support of Motion to Dismiss by Defendants Stephen P. Hayes and Hayes & Hayes, Attorneys at Law, P.C.; and (2) Declaration of Stephen P. Hayes.

WHEREFORE, the defendants respectfully request that the Court dismiss the Complaint and enter a judgment in their favor with prejudice and with costs assessed against the plaintiffs.

                        STEPHEN P. HAYES; and HAYES &
                        HAYES, ATTORNEYS AT LAW, P.C.,
                        By their attorney,

                        /s/ David M. O'Connor
                        David M. O'Connor
                        BBO No. 544166
                        O'CONNOR & ASSOCIATES, LLC
                        325 Boston Post Road, Unit 1
                        Sudbury, MA  01776
                        (978) 443-3510
                        doconnor@oconnorllc.com

## REQUEST FOR ORAL ARGUMENT

The defendants making this Motion to Dismiss believe that oral argument may assist the Court and wish to be heard pursuant to Local Rule 7.1(D).

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with plaintiffs' counsel, Jamie Ranney, Esq., via telephone message and via email on July 29, 2013 and attempted in good faith to resolve or narrow the issue presented in this motion to dismiss. Mr. Ranney represented to me that the plaintiffs do not consent to the relief requested in this motion to dismiss.

                        /s/ David M. O'Connor
                        David M. O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants on July 29, 2013.

_____
David M. O'Connor