# EXHIBIT B

139303

```
2012 00139303
Cert: 24553    Doc: FD
Registered: 12/14/2012 09:54 AM
```

## MASSACHUSETTS FORECLOSURE DEED BY CORPORATION

**Emigrant Mortgage Company, Inc.**

a corporation duly established under the laws of the State of New York and having its usual place of business at 5 East 42nd Street, New York, NY 10017 holder of a mortgage

From:    Doneyn Bourke and William Hayward, Sr. a/k/a William A. Hayward, Sr., ,

To:    Emigrant Mortgage Company, Inc.

Dated:    April 17, 2008 , and registered with the Nantucket County Registry District of the Land Court as Document No. 123757 as noted on Certificate of Title No. 22157

by the power conferred by said mortgage and every other power, for:

**Seven Hundred Ninety-Nine Thousand Nine Hundred Thirty-Seven And 66/100 Dollars ($799,937.66) paid, grants to:**

**Retained Realty, Inc.**

with a place of business and mailing address of 5 East 42nd Street, New York, NY 10017, the premises conveyed by said mortgage to wit:

### SEE EXHIBIT "A" ATTACHED HERETO

**Witness** the execution and the corporate seal of said corporation this ___12th___ day of July, 2011.

Property Address: 6 Arkansas Avenue Nantucket, MA

139303

File No.: 5504750

Emigrant Mortgage Company, Inc.

By: _____
Milagros Rivera-Perez, Asst V.P.

By: _____
Maryann Monteserrato, Assistant Treasurer

**State of New York**

Kings _____, ss.         July 12, _____, 2011

On this 12th day of July, 2011, before me, the undersigned notary public, personally appeared Milagros Rivera-Perez and Maryann Monteserrato, proved to me through satisfactory evidence of identification, which was [X] personal knowledge or [ ] _____ (form of identification), to be the person whose name is signed on the proceeding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his / her knowledge and belief as duly authorized.

MASSACHUSETTS EXCISE TAX
Nantucket County ROD #16 001
Date: 12/14/2012 09:54 AM
Ctrl# 460359 04360 Doc# 00139303
Fee: $3,648.00 Cons: $799,937.66

_____
Notary Public
Printed Name: JAMES CONNOR
NOTARY PUBLIC, State of New York
No. 01CO6087957
My Comm. Expires: Qualified in Kings County
Commission Expires Feb. 11, 2014



NANTUCKET LAND BANK
CERTIFICATE
[ ] Paid $
[✓] Exempt
[ ] Non-applicable
No. 33413    Date 12/13/12
Authorization

139303

File No.: 5504750

Emigrant Mortgage Company, Inc.

By: _____

Milagros Rivera-Perez, Asst. V.P.

By: _____

Maryann Monteserrato, Assistant Treasurer

State of New York

Kings _____, ss.        July 12, _____, 2011

On this 12TH day of July, 2011, before me, the undersigned notary public, personally appeared Milagros Rivera-Perez and Maryann Monteserrato, proved to me through satisfactory evidence of identification, which was [X] personal knowledge or [ ] _____ (form of identification), to be the person whose name is signed on the proceeding or attached document, acknowledged to me that he / she signed it voluntarily for its stated purpose.

_____
Notary Public
Printed Name: JAMES CONNOR
My Comm. Expires:

JAMES CONNOR
NOTARY PUBLIC, State of New York
No. 01CO6087857
Qualified in Kings County
Commission Expires Feb. 11, 2014

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration thereof, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

## Exhibit "A"

Those parcels of land with all buildings and improvements thereon, together now known and numbered 6 Arkansas Avenue, Nantucket, Nantucket County, Massachusetts, being now fully described as follows:

### Parcel One

Lot 869 as shown on Plan No. 3092-110 drawn by John J. Shugrue, Inc., Surveyors, dated August 31, 1989, filed with Certificate of Title No. 14,376 at the Nantucket Registry District of the Land Court.

### Parcel Two

Lot 878 as shown on Plan No. 3092-112, drawn by John Shugrue, Inn., Surveyors, dated February 26, 1992 and filed with Certificate of Title No. 14,682 at the Nantucket Registry District of the Land Court.

For title see Certificate of Title No. 22,157.

# AFFIDAVIT

We, Milagros Rivera-Perez, Assistant Vice President, and Maryann Monteserrato, Assistant Treasurer, of **Emigrant Mortgage Company, Inc.** named in the foregoing deed, make oath and say that the principal and interest obligation mentioned in the mortgage above referred to was not paid or tendered or performed when due or prior to the sale, and that **Emigrant Mortgage Company, Inc.** caused to be published on January 6, 2011, January 13, 2011 and January 20, 2011 in the Inquirer and Mirror, a newspaper published or by its title page purporting to be published in Nantucket, Nantucket County, Massachusetts and having a circulation in the Town of Nantucket, a notice of which the following is a true copy:

**See Exhibit "A" attached hereto and incorporated herein by reference**

I also complied in all respects with Chapter 244, Section 14 of the Massachusetts General Laws, as amended, and 26 U.S.C.A. Section 7425(c) of the Internal Revenue Code (if applicable) by mailing the required notices by certified mail, return receipt requested, and further complied in all respects with the requirements of the power of sale included in the mortgage at issue during the course of the foreclosure.

Pursuant to said notice at the time and place therein appointed, to wit, January 27, 2011 at 1:00 p.m. where and when said auction was postponed by public proclamation to February 11, 2011 at 12:00 p.m. where and when said auction was further postponed by public proclamation to March 3, 2011 at 12:00 p.m. where and when said auction was further postponed by public proclamation to March 21, 2011 at 12:00 p.m., where and when **Emigrant Mortgage Company, Inc.** caused to be sold the mortgaged premises at public auction by Michael Harkins, a duly licensed auctioneer of Harkins Real Estate & Auctioneers to the highest bidder being **Retained Realty, Inc.** for **Seven Hundred Ninety-Nine Thousand Nine Hundred Thirty-Seven And 66/100 Dollars ($799,937.66).**

Property Address: 6 Arkansas Avenue Nantucket, MA

Exhibit "A"

## NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

Premises: 6 Arkansas Avenue, Nantucket, MA

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Doneyn Bourke and William Hayward, Sr. a/k/a William A. Hayward, Sr. to Emigrant Mortgage Company, Inc., said mortgage dated April 17, 2008, and recorded in the Nantucket County Registry District of the Land Court as Document No. 123757 as noted on Certificate of Title No. 22157, for breach of the conditions in said mortgage and for the purpose of foreclosing the same will be sold at Public Auction on January 27, 2011 at 1:00 p.m. Local Time upon the premises, all and singular the premises described in said mortgage, to wit:

Those parcels of land with all buildings and improvements thereon, together now known and numbered 6 Arkansas Avenue, Nantucket, Nantucket County, Massachusetts, being now fully described as follows:

Parcel One

Lot 869 as shown on Plan No. 3092-110 drawn by John J, Shugrue, Inc., Surveyors, dated August 31, 1989, filed with Certificate of Title No. 14,376 at the Nantucket Registry District of the Land Court.

Parcel Two

Lot 878 as shown on Plan No. 3092-112, drawn by John Shugrue, Inc., Surveyors, dated February 26, 1992 and filed with Certificate of Title No. 14,682 at the Nantucket Registry District of the Land Court.

For title see Certificate of Title No. 22,157.

The description of the property contained in the mortgage shall control in the event of a typographical error in this publication.

For Mortgagor's Title see deed recorded with the Nantucket County Registry District of The Land Court as Document No. 115445 as noted on Certificate of Title No. 22157.

TERMS OF SALE: Said premises will be sold and conveyed subject to all liens, encumbrances, unpaid taxes, tax titles, municipal liens and assessments, if any, which take precedence over the said mortgage above described.

TWENTY THOUSAND ($20,000.00) Dollars of the purchase price must be paid in cash, certified check, bank treasurer's or cashier's check at the time and place of the sale by the purchaser. The balance of the purchase price shall be paid in cash, certified check, bank treasurer's or cashier's check within thirty (30) days after the date of sale.

Other terms to be announced at the sale.

Shechtman Halperin Savage, LLP,
1080 Main Street Pawtucket, RI 02860
Attorney for Emigrant Mortgage Company, Inc.,
Present Holder of the Mortgage,
401-272-1400
(5504750)(Bourke)(01-06-11, 01-13-11, 01-20-11)(263328)

F148